IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TOMMY TRUONG, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELTA INTERNATIONAL MACHINERY CORP. | : | NO. 19-19384 |

### ORDER

**AND NOW**, this 19th day of November, 2021, upon careful and independent consideration of Defendant's Motion to Exclude the Testimony and Report of Gerald Rennell (Docket No. 35) and all documents filed in connection therewith, and after review of United States Magistrate Judge Matthew J. Skahill's Report and Recommendation (the "R&R") (Docket No. 51), to which no objections were filed by the November 12, 2021 deadline for filing objections, **IT IS HEREBY ORDERED** as follows:

1. The R&R is **APPROVED** and **ADOPTED**.

2. Defendant's Motion is **DENIED**.

BY THE COURT:

s/ John R. Padova_____
John R. Padova, J.